**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEREMY JONES, | Case No. CV 13-8976 ODW (SS) |
|         Petitioner, | |
|   v. | **ORDER ACCEPTING FINDINGS,** |
| R. DIAZ, Warden, | **CONCLUSIONS AND RECOMMENDATIONS** |
|         Respondent. | **OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. Despite grants of two extensions to Petitioner in which to file objections to the Report and Recommendation, no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is denied and Judgment shall be entered dismissing this action without prejudice.

1    IT IS FURTHER ORDERED that the Clerk serve copies of this
2 Order and the Judgment herein on Petitioner at his current
3 address of record.

5    LET JUDGMENT BE ENTERED ACCORDINGLY.

7 DATED: November 3, 2014

                                         _____
                                         OTIS D. WRIGHT II
                                         UNITED STATES DISTRICT JUDGE

2