**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEREMY JONES, | Case No. CV 13-8976 ODW (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| R. DIAZ, Warden, | |
| Respondent. | |

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: November 3, 2014

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE